ELECTRONICALLY FILED
7/26/2017 2:35 PM
02-CV-2017-901935.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

State of Alabama
Unified Judicial System

Form ARCiv-93   Rev.5/99

## COVER SHEET
## CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Case:
02

Date of Filing: 07/26/2017   Judge Code:

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### JOSHUA RAHYMES ET AL v. ANDREWS TRANSPORT OF TEXAS, LP ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

RIC018

7/26/2017 2:35:41 PM
Date

/s/ JOHN D RICHARDSON ESQ.
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES  ☐ NO  ☑ UNDECIDED

EXHIBIT B

ELECTRONICALLY FILED
7/28/2017 2:35 PM
02-CV-2017-901935.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| JOSHUA RAHYMES | * |
| JABRITTANY RAHYMES | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *  CIVIL ACTION NO.:  2017- |
| | * |
| ANDREWS TRANSPORT OF TEXAS, | * |
| LP, ANDREWS TRANSPORT, LP, | * |
| A, B, C, D, and/or E, the persons, firms | * |
| or corporations or other legal entities | * |
| responsible on or about July 31, 2015 | * |
| for Plaintiffs' injuries sustained at the | * |
| times and places made the basis of this | * |
| lawsuit and described in the Complaint; | * |
| all of whose true names and legal | * |
| identities are otherwise unknown to | * |
| the Plaintiff at this time, but will be | * |
| added by amendment when ascertained, | * |
| individually, and jointly, | * |
| | * |
| Defendants. | * |

---

## COMPLAINT

---

### THE PARTIES
### *Plaintiff*

1.      Plaintiff JOSHUA RAHYMES is a resident of Russell County, Alabama.

2.      Plaintiff JABRITTANY RAHYMES is a resident of Russell County,
Alabama.

### *Defendant(s)*

EXHIBIT B

3.     Defendant ANDREWS TRANSPORT OF TEXAS, LP (hereinafter "Andrews Transport of Texas") is a foreign corporation doing business in Mobile County, Alabama, at all times material hereto with its corporate office located in Fort Worth, Texas.

4.     Defendant ANDREWS TRANSPORT, LP, (hereinafter "Andrews Transport") is a foreign limited partnership doing business in Mobile County, Alabama, at all times material hereto with its corporate office located in Fort Worth, Texas.

### *Fictitious Parties*

5.     Defendants A, B, C, D, and/or E are the persons, firms or corporations responsible for the operation and safety of the commercial tractor trailer truck driving through Mobile County, Alabama on July 31, 2015, as described in the Complaint.

6.     The true names and legal identities of the Defendants A, B, C, D, and/or E are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained.

### VENUE

7.     Venue of this action is proper in Mobile County, Alabama in that all or a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in Mobile County, Alabama.

### AGENCY

8.     Whenever it is alleged that a Defendant committed an act, it is also meant that the Defendant committed said act or acts through its officers, directors, agents, employees, servants, or representatives, acting with full authority, by virtue of express, apparent, or implied authority and agency within the course and said scope of any

EXHIBIT B

employment and/or with full ratification by the other Defendant(s) of the acts complained of by Plaintiff.

## FACTS

9.     On or about July 31, 2015, Plaintiff Joshua Rahymes was traveling on Interstate 10 in Mobile County, Alabama.

10.     At this time, Plaintiff Joshua Rahymes was an active-duty member of the United States Army.

11.     A commercial tractor trailer truck being driven by an agent and employee of the Defendants, was also traveling on Interstate 10 in Mobile County, Alabama.

12.     One of the tires on the truck came off of the truck and into interstate traffic, colliding with several vehicles.

13. The loose tire struck the front and side of Plaintiff Joshua Rahymes' car, causing scrapes, dents, and other damage to the car.

14. Mr. Rahymes felt excruciating back and leg pain stemming from the accident, and was subsequently diagnosed with a back injury.

15. Mr. Rahymes continues to suffer from nerve pain in his back and legs, limiting his quality of life and ability to lift, sit for long periods of time, and work. He has incurred medical expenses and suffered mental anguish, loss of income, and loss of future job opportunities.

EXHIBIT B

## COUNT ONE
### *Negligence via Respondeat Superior*

16.     Plaintiffs adopt and reallege the allegations contained in the paragraphs hereinabove.

17.     Defendants Andrews Transport of Texas, LP, and Andrews Transport, LP, were employers of the driver of the commercial tractor trailer truck who reserved a right of control over the employee, and had the power of selecting the driver of the truck. Said driver was acting within the scope of his employment at all times relevant to this cause of action.

18.     The Plaintiffs allege that the Defendants were negligent in the operation and safety of the commercial tractor trailer truck when acting singularly, severally, separately or concurrently in one or more of the following respect:

> a)     Negligently failing to assess the condition of the truck tire;
>
> b)     Negligently failing to change the tire as needed; and
>
> c)     Negligently failing to maintain a reasonably safe commercial tractor trailer truck while operating on a public roadway.
>
> d)     Negligently operating a commercial tractor trailer truck on a public roadway.

19.     As a proximate consequence of the above-described negligence of the Defendants and their agents, Plaintiff Joshua Rahymes was caused to suffer injuries, pain, surgery, and permanent physical and emotional injuries as detailed in Paragraph 23 of the Complaint.

EXHIBIT B

WHEREFORE, the Plaintiff Joshua Rahymes demands judgment against the Defendants, Andrews Transport of Texas, LP, Andrews Transport, LP, A, B, C, D, and/or E in an amount deemed appropriate by the jury, plus cost.

## COUNT TWO
### *Jabrittany Rahymes - Loss of Consortium*

20.  Plaintiffs adopt and reallege the allegations contained in the paragraphs hereinabove.

21.  Plaintiff Jabrittany Rahymes, wife of Plaintiff Joshua Rahymes, lost the companionship and services of her husband and demands compensation for her loss.

WHEREFORE, the Plaintiff Jabrittany Rahymes demands judgment against the Defendants, Andrews Transport of Texas, LP, Andrews Transport, LP, A, B, C, D, and/or E in an amount deemed appropriate by the jury, plus cost.

## DAMAGES

22.    Plaintiffs adopt and reallege the allegations contained in the paragraphs hereinabove.

23.    As a proximate result of the allegations, the Plaintiffs were damaged as detailed below:

      a)    Plaintiff Joshua Rahymes was permanently disabled;

      b)    Plaintiff Joshua Rahymes was caused mental anguish, suffering, and pain and will be caused same in the future; and

      c)    Plaintiff Joshua Rahymes will be caused to lose future income and job opportunities because of his disability.

      d)    Plaintiff Jabrittany Rahymes lost the companionship and services of her husband, Plaintiff Joshua Rahymes.

EXHIBIT B

WHEREFORE, the Plaintiffs Joshua Rahymes and Jabrittany Rahymes demand compensatory damages and judgment against the Defendants Andrews Transport of Texas, LP, Andrews Transport, LP, A, B, C, D, and/or E in an amount deemed appropriate by the jury, plus cost.

Dated this Wednesday, July 26, 2017.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

*/s/ John D. Richardson*
JOHN D. RICHARDSON (RIC018)
DAVID T. TRICE (TRI015)
*Attorneys for Plaintiff*

OF COUNSEL:

RICHARDSON LAW FIRM, LLC
118 North Royal Street
Suite 100
Mobile, Alabama 36602
Telephone:   (251) 338-1695
Facsimile:   (251) 338-1698
Email:   john@richardsonlawllc.com
         david@richardsonlawllc.com

**Please serve the Defendants via certified mail to the following addresses:**

Andrews Transport of Texas, LP
c/o Donald Sweeney, Registered Agent
1819 5th Avenue North
Birmingham, Alabama  35203

Andrews Transport, LP
c/o Donald B Sweeney, Registered Agent
1819 5th Avenue North
Birmingham, Alabama  35203

EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | ORIGINAL | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-901935.00 |
| --- | --- | --- | --- |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## JOSHUA RAHYMES ET AL V. ANDREWS TRANSPORT OF TEXAS, LP ET AL

**NOTICE TO:** ANDREWS TRANSPORT OF TEXAS, LP, C/O DONALD SWEENEY, RA 1819 5TH AVENUE NORTH, BIRMINGHAM, AL 35203

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN D RICHARDSON ESQ.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 118 North Royal Street Suite 100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOSHUA RAHYMES
pursuant to the Alabama Rules of the Civil Procedure.                                        *(Name(s)*

| 7/26/2017 2:35:58 PM | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ JOHN D RICHARDSON ESQ.
                                            *(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐                                                              *(Date)*

☐                                          and Complaint or other document to

                                                                    County,

Ala                                          *(Name of County)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $              Postmark
☐ Certified Mail Restricted Delivery $              Here
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

*(Address of Server)*

*(Phone Number of Server)*

**935.00**
ANSPORT OF TEXAS, LP ET AL

D001 - ANDREWS TRANSPORT OF TEXAS, LP
                                            *(Defendant)*

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

## SERVICE RETURN COPY

EXHIBIT B

| State of Alabama Unified Judicial System Form C-34  Rev. 4/2017 | **ORIGINAL** SUMMONS - CIVIL - | **Court Case Number** 02-CV-2017-901935.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**JOSHUA RAHYMES ET AL V. ANDREWS TRANSPORT OF TEXAS, LP ET AL**

NOTICE TO: ANDREWS TRANSPORT, LP, C/O DONALD SWEENEY, RA 1819 5TH AVENUE, NORTH, BIRMINGHAM, AL 35203

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN D RICHARDSON ESQ.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 118 North Royal Street  Suite 100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOSHUA RAHYMES pursuant to the Alabama Rules of the Civil Procedure.

| 7/26/2017 2:35:58 PM | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JOHN D RICHARDSON ESQ.
*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

**RETURN ON SERVICE**

☐ _____ *(Date)*

☐ _____ and Complaint or other document to

_____ County,
*(Name of County)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

935.00
ANSPORT OF TEXAS, LP ET AL

D002 - ANDREWS TRANSPORT, LP
*(Defendant)*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SERVICE RETURN COPY**

EXHIBIT B

Revised 4-1-99; 11-1-99; 11-3-05

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Joshua Rhymes et. al*
           Plaintiff

VS.
                                                         CIVIL ACTION NO. CV17-901935

*Andrews Transport of Texas, LP et. al*
           Defendant

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.    EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.    Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.    Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.    Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.    DOCTOR, HOSPITAL AND MEDICAL EXPENSES

a.    If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.    Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.    The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

EXHIBIT B

3.    SPECIAL DAMAGES

a.    All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

b.    Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4.    AGENCY-TIME AND PLACE-DUTY

a.    Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.    EXPERTS

a.    Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.    Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.    Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

d.    Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    DISCOVERY

Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

7.    JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8.    JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

9.    DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

10.    MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

EXHIBIT B

11.    <u>CONFLICTS</u>

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ 26th _____ day of _____ July, 2017. _____

_____
Presiding Judge John R. Lockett

EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREWS TRANSPORT OF TEXAS, LP

C/O DONALD SWEENEY, RA
1819 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

CV-11-00103548

EXHIBIT B

9590 9402 2816 7069 8001 26

2. Article Number (Transfer from service label)

7016 0600 0000 2624 3003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2001

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt



United States
Postal Service

9590 9402 [...]

2017 AUG -2

CLERK CIRCUIT

USPS TRACKING #

* Sender: please print your name, address, and ZIP+4® in this box*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

EXHIBIT B

## Charles Lewis

| | |
|---|---|
| **From:** | douglaskaiser2@gmail.com on behalf of Douglas Kaiser <doug@processagents.net> |
| **Sent:** | Monday, August 07, 2017 12:06 PM |
| **To:** | Charles Lewis |
| **Subject:** | Joshua Rahymes V. Andrews Transport of Texas, L.P. and Andrews Transport, L.P. |
| **Attachments:** | 1893_001.pdf |

**Re: Case No. 02-CV-2017-901935.00**

Dear Honorable Clerk,

The attached letter hereby notifies the Court and Plaintiff's Counsel that despite diligent, repeated and best efforts, we have been unable to positively contact Andrews Transport, L.P. to notify it of the existence of the Filed Summons and Complaint Served upon the Federal Motor Carrier Safety Administration (Federal)'s designated process agent for Andrews Transport, L.P.

**We have been unable to contact Andrews Transport, L.P.** at their last known address and the address on file with D.O.T. and the Federal Motor carrier Safety Administration.

Please contact me if you have any questions.

Douglas S. Kaiser
**Service of Process Agents, Inc.**
doug@processagents.net
(800) 338-8883

1

EXHIBIT B

**Service of Process Agents, Inc.**
P. O. Box 931
Ben Franklin Station
Washington, D.C. 20044
(800) 338-8883 Ph
(202) 347-5986 Fx

August 7, 2017

Hon. Jojo Schwarzauer
Circuit Court Clerk
Mobile County, Alabama
205 Government Street
Mobile, AL 36644
Charles.lewis@alacourt.com

Richardson Law Firm, LLC.
118 North Royal Street, Ste 100
Mobile, AL 36602
Fax No: (251) 338-1698
john@richardsonlawllc.com
david@richardsonlawllc.com

Re:   Joshua Rahymes V. Andrews Transport of Texas, LP; Andrews Transport, L.P., et al.,
      Case No: 02-CV-2017-901935.00

### NOTICE OF <u>INABILITY TO POSITIVELY CONTACT</u>
### ANDREWS TRANSPORT, L.P. OR ANDREWS TRANSPORT OF TEXAS, L.P.

Dear Hon. Clerk Schwarzauer and Mr. Richardson:

Our office provides the Federal Motor Carrier Safety Administration's process agent for Andrews Transport, L.P. and in such capacity our AL agent has been Served with the Summons and Complaint for the above-captioned case.  <u>Please note SPA is unaware of any entity known as Andrews Transport of Texas, L.P. and neither the AL process agent nor SPA represent Andrews Transport of Texas, L.P.</u>

This letter shall serve to Notify both the Court and Plaintiff's Counsel that our office - Service of Process Agents, Inc. ("SPA") – **has been unable to positive contact Andrews Transport, L.P.** despite our diligent, repeated and best efforts.

## EXHIBIT B

The following efforts were undertaken to try and contact Andrews Transport, L.P.:

1)      Tried to call Andrews at (817) 498-6000 disconnected.
2)      Tried to fax Andrews at (817) 788-0486 disconnected.
3)      Tried to fax Andrews at (817) 577-2376 disconnected.
4)      Certified mail rr to Andrews at POB 163469, Ft. Worth, TX 76161 - Undelivered
5)      Certified mail rr to Andrews at 5601 Denton Highway, Ft. Worth, TX 76148 - undelivered
6)      Certified mail rr to Andrews' TX Secretary of State agent – Michael Waters - delivered.
7)      Faxed to Andrews' TX Secretary of State agent – Michael Waters at (817) 265-7264
8)      Emailed Andrews TX Sec. of State agent – Michael Waters at mwaters@dw-law.com

        This letter is sent to notify the Court and Plaintiff's Counsel that the Defendant has not received notice of the Summons or Complaint, in case it must be re-Served in an alternative manner.

Sincerely,

Douglas S. Kaiser
DSK/pd
Att

EXHIBIT B

**Service of Process Agents, Inc.**
P. O. Box 931
Ben Franklin Station
Washington, D.C. 20044
(800) 338-8883 Ph
(202) 347-5986 Fx

*15 PAges*

July 31, 2017

J. Michael Waters – Registered Agent
Andrews Transport, L.P.
Andrews Transport of Texas, LP
2000 East Lamar Boulevard, Ste 500
Arlington, TX 76006
MWATERS@DW-LAW.COM
Fax No; (817) 749-0318
Fax No: (817) 265-7264

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
5601 Denton Highway
Fort Worth, TX 76148

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
PO Box 163469
Forth Worth, TX 76161

Re:   Joshua Rahymes V. Andrews Transport, L.P. and Andrews Transport of Texas, L.P., et al.
      Circuit Court for Mobile County, Alabama

### NOTICE OF SERVED LAWSUIT

Dear Mr. Andrew and Attorney Michael Waters:

    Please be advised that Service of Process Agents, Inc. ("SPA") provided the Process
Agent coverage for Andrews Transport, LP. / Andrews Transport of Texas, L.P. and your AL

## EXHIBIT B

process agent has been <u>Served on July 31, 2017</u> with the attached Notice of Electronic Filing; Summons, Cover Sheet; Complaint for Damages; and General Pretrial Order.

This matter should be forwarded immediately to Andrews Transport, L.P. and Andrews Transport of Texas, L.P.'s Insurance Providers, as neither SPA nor the AL process agent will undertake any further action on this matter unless specifically contracted to do so by your company.

Sincerely,

Douglas S. Kaiser
DSK/pd
Att  -

EXHIBIT B

07/31/2017 MON 16:03   FAX                                                          ☒001

```
                        * * * * * * * * * * * * * * * * * * * * *
                        ***  FAX TX REPORT  ***
                        * * * * * * * * * * * * * * * * * * * * *

                            TRANSMISSION OK

              JOB NO.                    1836
              DESTINATION ADDRESS        18172657264
              SUBADDRESS
              DESTINATION ID
              ST. TIME                   07/31 16:01
              TX/RX TIME                 02' 06
              PGS.                       15
              RESULT                     OK
```

**Service of Process Agents, Inc.**
P. O. Box 931
Ben Franklin Station
Washington, D.C. 20044
(800) 338-8883 Ph
(202) 347-5986 Fx

July 31, 2017                                    15 PAGES

J. Michael Waters -- Registered Agent
Andrews Transport, L.P.
Andrews Transport of Texas, LP
2000 East Lamar Boulevard, Ste 500
Arlington, TX 76006
MWATERS@DW-LAW.COM
Fax No; (817) 749-0318
Fax No: (817) 265-7264

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
5601 Denton Highway
Fort Worth, TX 76148

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
PO Box 163469
Forth Worth, TX 76161
Fort Worth, TX 76148

Re:   Joshua Rahymes V. Andrews Transport, L.P. and Andrews Transport of Texas, L.P., et al.
      Circuit Court for Mobile County, Alabama

NOTICE OF PENDING LAWSUIT
EXHIBIT B

DOCUMENT 11

7/31/2017                    Case 1:17-cv-00397-B   Document 1-2   Filed 08/30/17   Page 21 of 39
                    Gmail - URGENT LAWSUIT Joshua Rahymes V. Andrews Transport, L.P. and Andrews transport of Texas, L.P.

 Gmail                                                       Douglas Kaiser <douglaskaiser2@gmail.com>

## URGENT LAWSUIT Joshua Rahymes V. Andrews Transport, L.P. and Andrews transport of Texas, L.P.
1 message

**Douglas Kaiser** <douglaskaiser@transportationlaw.net>                      Mon, Jul 31, 2017 at 4:11 PM
To: MWATERS@dw-law.com

Dear Mr. Waters,

Please see attached Lawsuit which has been Filed and Served upon Andrews Transport, L.P. and Andrews Transport of Texas, L.P. on July 31, 2017.

This matter is sent to you as the State Registered Agent for Andrews Transport, L.P. and Andrews Transport of Texas, L.P.

I tried to contact Andrews Transport, L.P. and Andrews transport of Texas, L.P. by phone (817) 498-6000; by fax (817) 788-0486 and fax (817) 577-2376 - all of which were disconnected.

Finally, I have mailed the lawsuit and all accompanying pleading to Andrews Transport, L.P. and Andrews Transport of Texas, L.P. at both its last known PO Box 163469, Forth Worth, TX 76161 and to its last known physical address at 5601 Denton Highway, Forth Worth, TX 76148.

Thank you.

Douglas S. Kaiser
**Service of Process Agents, Inc.**
(800) 338-8883

📄 **1834_001.pdf**
   651K

# EXHIBIT B





## Franchise Tax Account Status

As of : 07/31/2017 14:22:28

This Page is Not Sufficient for Filings with the Secretary of State

|  |  |
|---|---|
| ANDREWS TRANSPORT, L.P. | |
| Texas Taxpayer Number | 17521721435 |
| Mailing Address | PO BOX 163469 FORT WORTH, TX 76161-3469 |
| ❷ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 01/02/2004 |
| Texas SOS File Number | 0800284668 |
| Registered Agent Name | J MICHAEL WATERS |
| Registered Office Street Address | 2000 EAST LAMAR BLVD, SUITE 500 ARLINGTON, TX 76006 |

## EXHIBIT B

Hasler
07/31/2017
US POSTAGE $07.71⁰

ZIP 22182
011D10606805

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1450 0000 6972 7389

*LAW OFFICE OF SEATON & HUSK, L.P.*
*2240 Gallows Road*
*Vienna, Virginia 22182*

Dismuke + Waters

J. Michael Waters – Registered Agent for
Andrews Transport, L.P.
Andrews Transport of Texas, LP
2000 East Lamar Boulevard, Ste 500
Arlington, TX 76006

**EXHIBIT B**

DOCUMENT 11

Case 1:17-cv-00397-B Document 1-2 Filed 08/30/17 Page 24 of 39

EXHIBIT B

Gmail

Douglas Kaiser <douglaskaiser2@gmail.com>

## July 31 Service for Andrews Transport, L.P. and Andrews Transport of Texas, L.P.

1 message

**Douglas Kaiser** <douglaskaiser@transportationlaw.net> Mon, Jul 31, 2017 at 4:55 PM
To: "Lawrence, Cindy" <CLawrence@bradley.com>

Dear Cindy,

I tried to reach Andrews Transport, LP and Andrews Transport of Texas, LP by phone and fax but the phone number and fax numbers listed on FMCSA and DOT are disconnected.

Accordingly, I faxed, emailed and certified mail RR to the TX State registered agent for Andrews Transport of Texas, LP. - an attorney J. Michael Waters.

Additionally, I certified mailed RR to the last known Physical address and last known mailing address for Andrews Transport, L.P. listed with FMCSA.

I could not locate Andrews Transport of Texas, L.P. and I could not locate any

Is there any further action I should take?

Douglas S. Kaiser
**Service of Process Agents, Inc.**
(800) 338-8883

---

**1837_001.pdf**
1262K

7017 1450 0000 6972 7396

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
Postmark Here
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1450 0000 6972 7389

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
Postmark Here

7017 1450 0000 6972 7402

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
Postmark Here
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Hasler
07/31/2017
US POSTAGE
$07.71⁰

ZIP 22182
011D10608805

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1450 0000 6972 7396

AW OFFICE OF SEATON & HUSK, L.P.

2240 Gallows Road
Vienna, Virginia 22182

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
PO Box 163469
Forth Worth, TX 76161

EXHIBIT B

Hasler
07/31/2017
US POSTAGE $07.71¹
ZIP 22182
011D10608805

CERTIFIED MAIL

7012 1450 0000 6972 7402

LAW OFFICE OF SEATON & HUSK, L.P.
2240 Gallows Road
Vienna, Virginia 22182

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
5601 Denton Highway
Fort Worth, TX 76148

EXHIBIT B

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREWS TRANSPORT, LP
C/O DONALD SWEENEY, RA
1819 5TH AVENUE, NORTH
BIRMINGHAM, AL 35203

9590 9402 2816 7069 8001 19

2. Article Number (transfer from service label)

7016 0600 0000 2624 3010

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

EXHIBIT B

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

L.A. MOBILE C...
CERTIFY THIS
WAS FILED ON

AUG 7   AM 11:11

CIRCUIT COURT

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room G-09
205 Government Street
Mobile, Alabama 36644-2838

● Sender: Please print your name, address, and ZIP+4® in this box●

USPS TRACKING #

United States
Postal Service

**Service of Process Agents, Inc.**
P. O. Box 931
Ben Franklin Station
Washington, D.C. 20044
(800) 338-8883 Ph
(202) 347-5986 Fx

August 7, 2017

Hon. Jojo Schwarzauer
Circuit Court Clerk
Mobile County, Alabama
205 Government Street
Mobile, AL 36644
Charles.lewis@alacourt.gov

Richardson Law Firm, LLC.
118 North Royal Street, Ste 100
Mobile, AL 36602
Fax No: (251) 338-1698
john@richardsonlawllc.com
david@richardsonlawllc.com



Re:   Joshua Rahymes V. Andrews Transport of Texas, LP; Andrews Transport, L.P., et al.,
       Case No: 02-CV-2017-901935.00

<div align="center">

**NOTICE OF <u>INABILITY TO POSITIVELY CONTACT</u>
ANDREWS TRANSPORT, L.P. OR ANDREWS TRANSPORT OF TEXAS, L.P.**

</div>

Dear Hon. Clerk Schwarzauer and Mr. Richardson:

       Our office provides the Federal Motor Carrier Safety Administration's process agent for
Andrews Transport, L.P. and in such capacity our AL agent has been Served with the Summons
and Complaint for the above-captioned case.   <u>Please note SPA is unaware of any entity known
as Andrews Transport of Texas, L.P. and neither the AL process agent nor SPA represent
Andrews Transport of Texas, L.P.</u>

       This letter shall serve to Notify both the Court and Plaintiff's Counsel that our office -
Service of Process Agents, Inc. ("SPA") – <u>has been unable to positive contact Andrews
Transport, L.P.</u> despite our diligent, repeated and best efforts.

<div align="center">

## EXHIBIT B

</div>

The following efforts were undertaken to try and contact Andrews Transport, L.P.:

1) Tried to call Andrews at (817) 498-6000 disconnected.
2) Tried to fax Andrews at (817) 788-0486 disconnected.
3) Tried to fax Andrews at (817) 577-2376 disconnected.
4) Certified mail rr to Andrews at POB 163469, Ft. Worth, TX 76161 - Undelivered
5) Certified mail rr to Andrews at 5601 Denton Highway, Ft. Worth, TX 76148 - undelivered
6) Certified mail rr to Andrews' TX Secretary of State agent – Michael Waters - delivered.
7) Faxed to Andrews' TX Secretary of State agent – Michael Waters at (817) 265-7264
8) Emailed Andrews TX Sec. of State agent – Michael Waters at mwaters@dw-law.com

This letter is sent to notify the Court and Plaintiff's Counsel that the Defendant has not received notice of the Summons or Complaint, in case it must be re-Served in an alternative manner.

Sincerely,

Douglas S. Kaiser
DSK/pd
Att

EXHIBIT B

**Service of Process Agents, Inc.**
P. O. Box 931
Ben Franklin Station
Washington, D.C. 20044
(800) 338-8883 Ph
(202) 347-5986 Fx

*15 PAges*

July 31, 2017

J. Michael Waters – Registered Agent
Andrews Transport, L.P.
Andrews Transport of Texas, LP
2000 East Lamar Boulevard, Ste 500
Arlington, TX 76006
MWATERS@DW-LAW.COM
Fax No; (817) 749-0318
Fax No: (817) 265-7264

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
5601 Denton Highway
Fort Worth, TX 76148

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
PO Box 163469
Forth Worth, TX 76161

Re:   Joshua Rahymes V. Andrews Transport, L.P. and Andrews Transport of Texas, L.P., et al.
Circuit Court for Mobile County, Alabama

### NOTICE OF SERVED LAWSUIT

Dear Mr. Andrew and Attorney Michael Waters:

Please be advised that Service of Process Agents, Inc. ("SPA") provided the Process
Agent coverage for Andrews Transport, LP. / Andrews Transport of Texas, L.P. and your AL

## EXHIBIT B

process agent has been <u>Served on July 31, 2017</u> with the attached Notice of Electronic Filing; Summons, Cover Sheet; Complaint for Damages; and General Pretrial Order.

This matter should be forwarded immediately to Andrews Transport, L.P. and Andrews Transport of Texas, L.P.'s Insurance Providers, as neither SPA nor the AL process agent will undertake any further action on this matter unless specifically contracted to do so by your company.

Sincerely,

Douglas S. Kaiser
DSK/pd
Att

EXHIBIT B

```
***********************
*** FAX TX REPORT ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 1836 |
| DESTINATION ADDRESS | 18172657264 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 07/31 16:01 |
| TX/RX TIME | 02'06 |
| PGS. | 15 |
| RESULT | OK |

**Service of Process Agents, Inc.**
P. O. Box 931
Ben Franklin Station
Washington, D.C. 20044
(800) 338-8883 Ph
(202) 347-5986 Fx

July 31, 2017

*15 Pages*

J. Michael Waters — Registered Agent
Andrews Transport, L.P.
Andrews Transport of Texas, LP
2000 East Lamar Boulevard, Ste 500
Arlington, TX 76006
MWATERS@DW-LAW.COM
Fax No; (817) 749-0318
Fax No: (817) 265-7264

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
5601 Denton Highway
Fort Worth, TX 76148

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
PO Box 163469
Forth Worth, TX 76161
Fort Worth, TX 76148

Re:  Joshua Rahymes V. Andrews Transport, L.P. and Andrews Transport of Texas, L.P., et al.
     Circuit Court for Mobile County, Alabama

NOTICE OF SERVED LAWSUIT

EXHIBIT B

7/31/2017
Case 1:17-cv-00397-B Document 1-2 Filed 08/30/17 Page 34 of 39
Gmail - URGENT LAWSUIT Joshua Rahymes V. Andrews Transport, L.P. and Andrews transport of Texas, L.P.

 Gmail

Douglas Kaiser <douglaskaiser2@gmail.com>

## URGENT LAWSUIT Joshua Rahymes V. Andrews Transport, L.P. and Andrews transport of Texas, L.P.

1 message

**Douglas Kaiser** <douglaskaiser@transportationlaw.net>
To: MWATERS@dw-law.com

Mon, Jul 31, 2017 at 4:11 PM

Dear Mr. Waters,

Please see attached Lawsuit which has been Filed and Served upon Andrews Transport, L.P. and Andrews Transport of Texas, L.P. on July 31, 2017.

This matter is sent to you as the State Registered Agent for Andrews Transport, L.P. and Andrews Transport of Texas, L.P.

I tried to contact Andrews Transport, L.P. and Andrews transport of Texas, L.P. by phone (817) 498-6000; by fax (817) 788-0486 and fax (817) 577-2376 - all of which were disconnected.

Finally, I have mailed the lawsuit and all accompanying pleading to Andrews Transport, L.P. and Andrews Transport of Texas, L.P. at both its last known PO Box 163469, Forth Worth, TX 76161 and to its last known physical address at 5601 Denton Highway, Forth Worth, TX 76148.

Thank you.

Douglas S. Kaiser
**Service of Process Agents, Inc.**
(800) 338-8883

📄 **1834_001.pdf**
651K

## EXHIBIT B





## Franchise Tax Account Status

As of : 07/31/2017 14:22:28

### This Page is Not Sufficient for Filings with the Secretary of State

| | |
|---|---|
| **ANDREWS TRANSPORT, L.P.** | |
| **Texas Taxpayer Number** | 17521721435 |
| **Mailing Address** | PO BOX 163469 FORT WORTH, TX 76161-3469 |
| **❷ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 01/02/2004 |
| **Texas SOS File Number** | 0800284668 |
| **Registered Agent Name** | J MICHAEL WATERS |
| **Registered Office Street Address** | 2000 EAST LAMAR BLVD, SUITE 500 ARLINGTON, TX 76006 |

## EXHIBIT B

LAW OFFICE OF SEATON & HUSK, L.P.

2240 Gallows Road

Vienna, Virginia 22182

CERTIFIED MAIL

7017 1450 0000 6972 7389

Dismuke + waters

J. Michael Waters – Registered Agent for
Andrews Transport, L.P.
Andrews Transport of Texas, LP
2000 East Lamar Boulevard, Ste 500
Arlington, TX 76006

US POSTAGE $07.71

EXHIBIT B



7/31/2017                Gmail - July 31 Service for Andrews Transport, L.P. and Andrews Transport of Texas, L.P.

EXHIBIT B

# Gmail

Douglas Kaiser <douglaskaiser2@gmail.com>

**July 31 Service for Andrews Transport, L.P. and Andrews Transport of Texas, L.P.**

1 message

**Douglas Kaiser** <douglaskaiser@transportationlaw.net>                Mon, Jul 31, 2017 at 4:55 PM
To: "Lawrence, Cindy" <CLawrence@bradley.com>

Dear Cindy,

I tried to reach Andrews Transport, LP and Andrews Transport of Texas, LP by phone and fax but the phone number and fax numbers listed on FMCSA and DOT are disconnected.

Accordingly, I faxed, emailed and certified mail RR to the TX State registered agent for Andrews Transport of Texas, LP - an attorney J. Michael Waters.

Additionally, I certified mailed RR to the last known Physical address and last known mailing address for Andrews Transport, L.P. listed with FMCSA.

I could not locate Andrews Transport of Texas, L.P. and I could not locate any

Is there any further action I should take?

Douglas S. Kaiser
Service of Process Agents, Inc.
(800) 338-8883



1837_001.pdf
1262K



$07.71

ZIP 22182
011D06060B

US POSTAGE

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1450 0000 6972 7396

*AW OFFICE OF SEATON & HUSK, L.P.*
*2240 Gallows Road*
*Vienna, Virginia 22182*

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
PO Box 163469
Forth Worth, TX 76161

EXHIBIT B

CERTIFIED MAIL

7017 1450 0000 6572 7402

US POSTAGE $07.71°

ZIP 22182
011D0606805

Hasler

...W OFFICE OF SEATON & HUSK, L.P.
2240 Gallows Road
Vienna, Virginia 22182

Bill Andrew
Andrews Transport, L.P.
Andrews Transport of Texas, LP
5601 Denton Highway
Fort Worth, TX 76148

EXHIBIT B